# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2019

## NO. 03-18-00504-CV

**Woodhull Ventures 2015, L.P., Appellant**

**v.**

**Megatel Homes III, LLC, Appellee**

### APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on July 11, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.